IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RUSSELL, | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 4:06-CV-74(CDL) |
| RALPH JOHNSON, *et al.* | * | |
| Defendants | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 23, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 1st day of May, 2007.

                                                  S/Clay D. Land
                                                   CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE